No. 92–1449.  PARKER v. OREGON STATE BOARD OF BAR EXAMINERS, 508 U. S. 950.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.